# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Joseph D. Lento v. Keith Altman

APPEAL FROM DISTRICT COURT:
District: United States District Court for the District of New Jersey
D.C. Docket No.: 3:14-cv-05150-MA-JTQ
Date proceedings initiated in D.C.: September 10, 2024
Date Notice of Appeal filed: September 25, 2026
USCA No.: 26-3424

---

## COUNSEL ON APPEAL

**Appellant(s):** Joseph D. Lento, Esq. and Lento Law Firm, LLC
Name of Counsel: Paul Batista, P. C.
Name of Party(ies): Joseph D. Lento, Esq. and Lento Law Firm, LLC
Address: 26 Broadway, Suite 1900, NY NY 10004
Telephone No.: 631 377 0111
Fax No.: 212 980 0070
E-mail: Batista007@aol.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Not Known
Name of Party(ies): ___
Address: ___
Telephone No.: ___
Fax No.: ___
E-mail: ___

Name of Counsel: ___
Name of Party(ies): ___
Address: ___
Telephone No.: ___
Fax No.: ___
E-mail: ___

Is this a Cross-Appeal? Yes ☐ No ☑
Appeals Docket No.: ___

Was there a previous appeal in case? Yes ☐ No ☑
If yes, Short Title: ___
Appeals Docket No.: ___
Citation, if reported: ___

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal? Yes ☐ No ☑

b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? Yes ☐ No ☑

If you answered yes to either "a" or "b" please provide:

Case Name:__________

D.C. Docket No.:__________

Court or Agency:__________

Docket Number:__________

Citation, if reported:__________

---

## NATURE OF SUIT

**(Check as many as apply)**

1. FEDERAL STATUTES
- ☐ ANTITRUST
- ☐ BANKRUPTCY
- ☐ BANKS & BANKING
- ☐ CIVIL RIGHTS
- ☐ COMMERCE, ROUTES, AND TARIFFS
- ☐ COMMODITIES
- ☐ COMMUNICATIONS
- ☐ CONSUMER PROTECTION
- ☐ COPYRIGHT
- ☐ PATENT
- ☐ TRADEMARK
- ☐ ELECTION
- ☐ ENERGY
- ☐ ENVIRONMENTAL
- ☐ FOIA FREEDOM OF INFORMATION
- ☐ IMMIGRATION
- ☐ LABOR
- ☐ OSHA
- ☐ SECURITIES
- ☐ SOCIAL SECURITY
- ☐ TAX
- ☐ EQUAL ACCESS TO JUSTICE
- ☐ OTHER Specify:__________

2. TORTS
- ☐ ADMIRALTY
- ☐ ASSAULT/DEFAMATION
- ☐ PRODUCT LIABILITY/WARRANTY
- ☐ DIVERSITY
- ☐ OTHER Specify:__________

3. CONTRACTS
- ☐ ADMIRALTY/MARITIME
- ☐ ARBITRATION
- ☑ COMMERCIAL
- ☐ EMPLOYMENT
- ☐ INSURANCE
- ☐ NEGOTIABLE DISBURSEMENTS
- ☐ OTHER Specify:__________

4. PRISONER PETITIONS
- ☐ CIVIL RIGHTS
- ☐ VACATE SENTENCE 2255
- ☐ HABEAS CORPUS 2254
- ☐ HABEAS CORPUS 2241
- ☐ MANDAMUS/PROHIBITION
- ☐ OTHER Specify:__________

5. OTHER
- ☐ FORFEITURE
- ☐ CIVIL GRAND JURY
- ☐ TREATY Specify:__________
- ☐ OTHER Specify:__________

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 29th day of September, 2026.

Signature of Counsel: Paul Batista [signature]