OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 16, 2026

Michael Farhi
Meese Edwards Breen Conciatori & D'Arminio
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ 07677

RE: Joseph Lento, et al v. Keith Altman, et al
Case Number: 26-3424
District Court Case Number: 3:24-cv-05150

Dear Counsel:

Pursuant to our docketing letter dated **September 25, 2026**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Transcript Purchase Order Form**

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Timothy/cjg
Case Manager
267-299-4953

cc: Solomon M. Radner, Esq.